COM.

v.

JOHNSON, D.

333 WDA 2016

Superior Court of Pennsylvania.

04/26/2017

CP–02–CR–0005228–2015 (Allegheny)

Vacated/Remanded

COM.

v.

BENNETT, D.

842 WDA 2016

Superior Court of Pennsylvania.

04/26/2017

CP–02–CR–0001402–1998
CP–02–CR–0001759–1998
CP–02–CR–0001761–1998
(Allegheny)

Affirmed

COM.

v.

ADAMS, F.

657 EDA 2015

Superior Court of Pennsylvania.

04/27/2017

CP–51–CR–0006821–2012 (Philadelphia)

Affirmed

COM.

v.

GARCIA, A.

1874 EDA 2015

Superior Court of Pennsylvania.

4/27/2017

CP–51–CR–0003438–2014
(Philadelphia)

Affirmed